Christopher J. Reichman, SBN 250485
ChrisR@Prato-Reichman.com
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
Email: chrisr@prato-reichman.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>    Plaintiff,<br>vs.<br><br>BRANZA INC., a Nevada Corporation,<br>AARON LEFFLER, an individual,<br><br>    Defendants. | Case No.: 15-cv-2794-LAB-NLS<br><br>**NOTICE OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>Hon. Larry Alan Burns |

# NOTICE OF VOLUNTARY DISMISSAL OF PARTY
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is voluntarily dismissed, <u>with prejudice</u> against the remaining Defendants, BRANZA, INC. and AARON LEFFLER, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).  Neither BRANZA, INC. nor AARON LEFFLER have filed or served an answer nor motion for summary judgment, therefore this Notice serves as the dismissal <u>with prejudice</u> pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

This dismissal in addition to the prior dismissal of Defendant DOMINIC MAGLIARDITI without prejudice disposes of the entire case.

DATED: March 1, 2016                    **PRATO & REICHMAN, APC**

                                        By: /s/ Christopher J. Reichman
                                        Christopher J. Reichman,
                                        Attorney for Plaintiff,
                                        JONATHAN SAPAN